# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Estate of Ryan LeRoux, et al.    *

**Plaintiff,**

*

**v.**    Case No. AAQ-22-856

Montgomery County, et al.    *

**Defendant.**    *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐ Exhibit _____ which is an attachment to _____

will be electronically filed under seal within 24 hours of the filing of this Notice.

[x] Letter Brief Regarding E-mail Communications (filed under seal pursuant to Court's Paperless Order, ECF No. 91)

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail.

04/10/2024

Date

Signature

Kobie A. Flowers (Bar No. 16511)

Printed Name and Bar Number

120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202

Address

kflowers@browngold.com

Email Address

410-962-1030

Telephone Number

410-385-0869

Fax Number