Kobie A. Flowers
kflowers@browngold.com

May 3, 2024

**BY ECF**
The Hon. Ajmel A. Quereshi
United States District Court for the District of Maryland
6500 Cherrywood Lane, Ste. 235A
Greenbelt, Maryland 20770

    Re:    *Estate of Ryan LeRoux, et al. v. Montgomery County, et al.*
              Civil Action No. AAQ-22-856

Dear Judge Quereshi:

Per the Court's January 24, 2024, Standing Order (ECF No. 82), the parties write to raise a discovery dispute after good-faith efforts to resolve the issues were unsuccessful.

Defendants object to the scope and substance of the deposition topics in Plaintiffs' 30(b)(6) Notice. The parties met and conferred via Zoom meeting regarding this dispute on March 25, 2024, and April 23, 2024. The parties have narrowed the dispute, but unresolved issues remain that require this Court's resolution.

Per the Standing Order, the parties will set out their respective positions as to this dispute in separate two-page submissions, filed within three business days from the filing of this Letter. The parties hereby request permission to attach Defendants' objections to the Notice and the most recent, redlined version of the Notice.

                                              Respectfully submitted,

                                              /s/
                                      Kobie A. Flowers (Bar No. 16511)
                                      kflowers@browngold.com
                                      Eve L. Hill (Bar No. 19938)
                                      ehill@browngold.com
                                      Neel Lalchandani (Bar No. 20291)
                                      nlalchandani@browngold.com
                                      Michael R. Abrams (Bar No. 30426)
                                      mabrams@browngold.com
                                      Brown, Goldstein & Levy, LLP
                                      120 E. Baltimore Street, Suite 2500
                                      Baltimore, Maryland 21201
                                      Tel: (410) 962-1030

                                      *Attorneys for Plaintiffs*

/s/<br>
Patricia V. Haggerty (Bar No. 18472)<br>
patricia.haggerty@montgomerycountymd.gov<br>
Patricia L. Kane (Bar No. 13621)<br>
patricia.kane@montgomerycountymd.gov<br>
Aaron Ramirez (Bar No. 30812)<br>
aaron.ramirez@montgomerycountymd.gov<br>
Office of the Montgomery County Attorney<br>
101 Monroe Street, Third Floor<br>
Rockville, Maryland 20850<br>
Tel: (240) 777-6700<br>
<br>
Kevin Karpinski (Bar No. 11849)<br>
kevin@bkcklaw.com<br>
Karpinski Cornbrooks & Karp, P.A.<br>
120 East Baltimore Street, Suite 1850<br>
Baltimore, Maryland 21202<br>
Tel: (410) 727-5000<br>

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that I have caused true and correct copies of this filing to be served on all counsel of record via the Court's CM/ECF system, in accordance with the rules of electronic filing of documents, on May 3, 2024.

/s/<br>
Kobie A. Flowers